# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRIAN METZLER,

                                                    Case No. 22-CV-735 (NEB/DTS)

              Plaintiff,

v.                                                  ORDER ACCEPTING REPORT AND
                                                            RECOMMENDATION
DEPARTMENT OF AGRICULTURE,
RURAL DEVELOPMENT, CYNTHIA
MORALES, JONATHAN SANFORD,
DAWN WINTER, CHARLES PHILLIPS,
MICHAEL MONSON, and DANA
RAUSCHNOT,

              Defendants.

The Court has received the April 21, 2022 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The Report and Recommendation (ECF No. 7) is ACCEPTED;

2.     This matter is DISMISSED WITHOUT PREJUDICE; and

3.     The application to proceed *in forma pauperis* (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 26, 2022                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge